IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Douglas R. Sterka and Lori M. Sterka, | Case No. 11-08077 |
| Debtor(s). | Honorable Bruce W. Black |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES PNC Bank, National Association (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about April 27, 2011, Movant filed its Proof of Claim as Claim Number 16 for a sum of $5,171.57 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on April 8, 2011, and confirmed on May 4, 2011, set-forth a pre-petition arrearage amount owed to PNC Mortgage in the amount of $6,595.00.

3. Movant's pre-petition arrears of $5,171.57 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to Movant were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for two mortgage payments for the monthly payments due for December 2011 through January 2012 in the amount of $2,217.72 per month, late fees in the amount of $88.71 and less funds in suspense in the amount of $1,168.25; for a total default of $3,355.90 as of January 18, 2012.

-2-

WHEREFORE, PNC Bank, National Association, prays that the Court declare that the post-petition payments are not current at this time.

                              PNC Bank, National Association,

                              By:  /s/ Heather M. Giannino
                                      One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719